**CLARKSON LAW FIRM, P.C.**
Tracey B. Cowan (SBN 250053)
*tcowan@clarksonlawfirm.com*
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfim.com*
Olivia E. Davis (SBN 353041)
*odavis@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q.R., an individual; and S.T., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:24-cv-00689-JST<br><br>**NOTICE OF VOLUNTARY**<br>**<u>DISMISSAL WITHOUT PREJUDICE</u>** |

Plaintiffs Q.R. and S.T. hereby give notice of the voluntary dismissal of their action as to all defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendants having served an answer or a motion for summary judgement.

DATED: December 23, 2024                    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Tracey Cowan*
　　　　　　　　　　　　　　　　　　　　　　Tracey B. Cowan (SBN 250053)
　　　　　　　　　　　　　　　　　　　　　　**CLARKSON LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　　　　95 3rd St., 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94103
　　　　　　　　　　　　　　　　　　　　　　Tel: (213) 788-4050
　　　　　　　　　　　　　　　　　　　　　　Fax: (213) 788-4070

　　　　　　　　　　　　　　　　　　　　　　Shireen M. Clarkson (SBN 237882)
　　　　　　　　　　　　　　　　　　　　　　Ryan J. Clarkson (SBN 257074)
　　　　　　　　　　　　　　　　　　　　　　Olivia E. Davis (SBN 353041)
　　　　　　　　　　　　　　　　　　　　　　**CLARKSON LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　　　　22525 Pacific Coast Highway
　　　　　　　　　　　　　　　　　　　　　　Malibu, CA 90265
　　　　　　　　　　　　　　　　　　　　　　Tel.: (213) 788-4050
　　　　　　　　　　　　　　　　　　　　　　Fax: (213) 788-4070

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*